FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

8/4/26

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PROGRESSIVE DIRECT INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> JOHN RATSCH, an individual, TAMMY SPRINKLE, an individual, JASPAL SOHI and JANE DOE SOHI, individually and the marital community composed thereof, and IRIS KING and DYLAN JOHNSTON, individually and the marital community composed thereof, <br><br> Defendants. | NO. 4:26-CV-5028-TOR <br><br> ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation of Dismissal of Action with Prejudice (ECF No. 18).  The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1) and provides that each party will bear their own costs, attorneys' fees, and expenses.  The Court has reviewed the record and files herein and is fully informed.

ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(B), a plaintiff may dismiss an action without a court order by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal of Action with Prejudice (ECF No. 18) is **GRANTED**.

The District Court Executive is directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

DATED August 4, 2026.



THOMAS O. RICE
United States District Judge

ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE ~ 2